① 

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 15 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

6·12·23

Orlando Lamar Jefferson #1085302
ORLANDO JEFFERSON IO 300 - cell #108

*Elaine B McVey* (notary seal, Telfair County, GA, Comm. Exp. 08/19/23)

# * Claim Statement *

On March 3, 2021 the Georgia Court of Appeals issued a "Remittitur" order in my case.

1:23-CV-2692

Case# 17CR3692 - Appeal# A20A2108.

"Sherry Boston" the District Attorney has Deliberately disobeyed and Disregared the Higher Courts ruling. I wrote several letters and Submitted numerous Motions stateing I wished to be Retried and Accept Damages awarded by Jury. I also wrote my request ~~the~~ to the Appeal Attorney "Richard W. Merritt." I submitted State Bar Grievance forms on Both Richard W. Merritt and Sherry Boston the (DA) next→

②

GDC
^

Orlando Lamar Jefferson #1085302
ORLANDO JEFFERSON   I30-300  cell#108

6·12·23

[Notary seal: ELAINE B MCVEY, NOTARY PUBLIC, Comm. Exp. 09/19/23, TELFAIR COUNTY, GA]

6·12·23
Elaine B McVey

Because it has been over 2 years and yet I'am still locked-up and they have yet to contact me or honor the Higher Courts Ruling. For this I submitted a Federal Claims form for Prosecutorial Misconduct Delaying my right to "Due-Process" also showing ① A Substantial Risk of harm from Assault, ② Deliberate Indifference ③ Causation. I have exhausted the Grievance Procedure. I'am seeking $12 trillion in Damages and I would like a jury to determine punitive. Also as Relief I would like to be Retried, placed on Bond or "Set-free" until charger's are brought. I Authorize "Ben Githieya" of 315 W. Ponce de Leon Avenue, Suite 602 Decatur, GA 30030 to be my Consultant.

IN THE <u>SUPERIOR</u> COURT OF <u>DEKALB</u> COUNTY
STATE OF GEORGIA

STATE OF GEORGIA

v.

<u>ORLANDO JEFFERSON</u>

Defendant

Indictment/Accusation No.

<u>17CR3692 - A20A2108</u>

## DEMAND FOR SPEEDY TRIAL

Comes now <u>ORLANDO JEFFERSON</u>, Defendant in the above-styled matter and demands a speedy trial pursuant to O.C.G.A. §17-7-170 on indictment/accusation no. <u>17CR3692 - A20A2108</u>.

If the defendant is not tried when the demand for speedy trial is made or at the next succeeding regular court term thereafter, provided that at both court terms there were juries impaneled and qualified to try the defendant, the defendant shall be absolutely discharged and acquitted of the offense charged in the indictment or accusation. For purposes of computing the term at which a misdemeanor must be tried under this Code section, there shall be excluded any civil term of court in a county in which civil and criminal terms of court are designated; and for purposes of this Code section it shall be as if such civil term was not held. O.C.G.A. 17-7-170(b).

Respectfully submitted this 12th day of June, 2023.

[Notary seal: ELAINE B MCVEY, NOTARY PUBLIC, Comm. Exp. 09/19/23, TELFAIR COUNTY, GA]

Elaine B McVey

x /s/ Orlando Lamar Jefferson
Defendant, pro se

Print Name: ORLANDO JEFFERSON
GDC#: 1085302
Wheeler Correctional Facility
P.O. Box 466
Alamo, GA 30411